Collette Stark (Not an Attorney)
2175 Cowley Way,
San Diego, CA 92110
(619) 347-0726
videosolutions@me.com

FILED
DEC 18 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Plaintiff in pro se

# THE UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Collette Stark**, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**Bizsource Capital, LLC**<br>a New York limited liability company<br><br>Defendant, | Civil Case No. 19-cv-01977-JLS-MDD<br><br>**JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE** |

    Plaintiff Collette Stark ("Stark"), and Defendant Bizsource Capital, LLC, a New York limited liability company ("Defendant"), respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff and Defendant hereby jointly move for the entry of the proposed Order of Dismissal, dismissing with prejudice all of Plaintiff's claims in the above-captioned action against Defendant based on a private, confidential settlement agreement ("Agreement"). Each party shall bear its own attorneys' fees

and costs incurred in connection with this action. Pursuant to the Agreement, Defendant Bizsource Capital, LLC is prohibited from calling Plaintiff Collette Stark at the telephone numbers provided in the Agreement. Accordingly, the parties respectfully request that this Court dismiss this action with prejudice.

DATED:   __12/18/2019__        /s/    Collette Stark
                                Collette Stark
                                Plaintiff In Pro Se
                                Email: videosolutions@me.com


DATED:   ____12/18/2019_____

                                Bizsource Capital, LLC

                                By: __/s/  George Karalis_____
                                Bizsource Capital, LLC, a New York LLC
                                Defendant

# PROOF OF SERVICE

I, Collette Stark, am over 18, a pro per plaintiff in this matter. I have mailed and served, The Joint Motion to Dismiss and had it served on Defendant as follows:

**Case No. 19-cv-01977-JLS-MDD**

**Joint Motion to Dismiss has been mailed to:**

by US Mail, postage pre-paid, first class to:

Bizsource Capital, LLC, a New York limited liability company
TGR 14th Floor, 30 Broad Street,
New York, NY 10004

I swear under penalty of perjury that the above was served as stated.
Dated: December 18th, 2019

/S/ *Collette Stark*
Collette Stark