UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE STARK, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>BIZSOURCE CAPITAL, LLC, a New York limited liability company,<br><br>                             Defendant. | Case No.: 19-CV-1977 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>(ECF No. 4) |

      Presently before the Court is Plaintiff Collette Stark and Defendant Bizsource Capital, LLC's Joint Motion to Dismiss Entire Case with Prejudice ("Joint Mot.," ECF No. 4), in which the Parties request dismissal under Federal Rule of Civil Procedure 41(a)(1) based on a private, confidential settlement agreement. *See id.* at 1. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, this action is **DISMISSED WITH PREJUDICE** in its entirety, with each Party to bears its own attorneys' fees and costs.

      **IT IS SO ORDERED.**

Dated: December 20, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge